Luise S. CRISTIANI, Appellant,

v.

Daviso R. CRISTIANI, also known as Ruggero D. Cristiani, et al., Appellees.

No. 21481.

United States Court of Appeals Fifth Circuit.

May 7, 1965.

Alan M. MacEWAN and Mary G. MacEwan, Appellants,

v.

Dean RUSK, Secretary of State, Department of State, Washington, D. C. and Nicholas deB. Katzenbach, Acting Attorney General, Washington, D. C.

No. 14920.

United States Court of Appeals Third Circuit.

Argued Dec. 18, 1964.

Decided May 12, 1965.

Owen Rice, Jr., William Reece Smith, Jr., Carlton, Fields, Ward Emmanuel, Smith & Cutler, Tampa, Fla., for appellees.

Before JONES and WISDOM, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

The appellant seeks reversal of an order dismissing her complaint for want of Federal jurisdiction, and urges that the district court was in error in deciding that Federal jurisdiction was absent and in refusing to allow an amendment. We agree with the district court that the complaint showed an absence of Federal jurisdiction and that the allowance of proposed amendment would not have aided in establishing jurisdiction. Therefore, the judgment of the district court is

Affirmed.

Leonard B. Boudin, New York City (Rabinowitz & Boudin, New York City, A. Harry Levitan, Levitan & Lurie, Philadelphia, Pa., Victor Rabinowitz, New York City, on the brief), for appellants.

Robert L. Keuch, Dept. of Justice, Internal Security Division, Washington, D. C. (Drew J. T. O'Keefe, U. S. Atty., Eastern District of Pennsylvania, J. Walter Yeagley, Asst. Atty. Gen., Kevin T. Maroney, Atty., Dept. of Justice, Washington, D. C., on the brief), for appellees.

Before McLAUGHLIN, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The judgment of the district court will be affirmed upon the excellent opinion of Judge Freedman, D.C., 228 F. Supp. 306, which is in line with the opinion of the United States Supreme Court in Zemel v. Rusk, Secretary of State et al., (1965), 85 S.Ct. 1271, opinion filed May 3, 1965.